

**MEMO ENDORSED**

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

ANGELA A. SMEDLEY
Partner
212.294.5348
ASmedley@winston.com

October 6, 2021

Hon. Kenneth M. Karas
United States District Court
  for the Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *Cardoso et al. v. Wells Fargo Bank, N.A. et al.*, Case No. 7:21-cv-08189-KMK

Dear Judge Karas:

We represent defendant Wells Fargo Bank, N.A. ("Wells Fargo") in the above-referenced action. Pursuant to Rule I(C) of your Honor's Individual Rules of Practice, we write to respectfully request a 30-day extension of time for Wells Fargo to answer, move against, or otherwise respond to Plaintiffs' Complaint to and including **November 12, 2021**, which accounts for a court closure on November 11, 2021.

Plaintiffs filed their Complaint in this action on August 12, 2021 in the Supreme Court of the State of New York, County of Putnam, and served Wells Fargo on September 14, 2021. On October 4, 2021, Wells Fargo timely removed this action to this Court, which sets its deadline to answer, move against, or otherwise respond to the complaint as October 12, 2021. This is Wells Fargo's first request for an adjournment or an extension of time in this action. Plaintiffs consent to Wells Fargo's request.

Accordingly, Wells Fargo respectfully requests that the Court grant Wells Fargo's request for an extension of time for it to answer, move against, or otherwise respond to Plaintiffs' Complaint from October 12, 2021 to and including November 12, 2021.

Please let us know should your Honor require any additional information. We appreciate your consideration of this matter.

Respectfully Submitted,

*/s/ Angela A. Smedley*
Angela A. Smedley

Granted.

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
10/7/2021

Case 7:21-cv-08189-KMK   Document 6   Filed 10/07/21   Page 2 of 2



October 6, 2021
Page 2

cc: All Counsel of Record (via ECF)

Rick Cowle, Esq.
Rebecca Richards, Esq.
18 Fair Street
Carmel, New York 10512
rcowlelaw@comcast.net
rrichards@rcowlelaw.com
*Counsel for Plaintiffs*