UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD CARDOSO *and* JANE CARDOSO,<br><br>                              Plaintiffs,<br><br>                    -v-<br><br>WELLS FARGO BANK, N.A. a/k/a WELLS FARGO HOME MORTGAGE,<br><br>                              Defendants. | No. 21-CV-8189 (KMK)<br><br>ORDER TO SHOW CAUSE |

KENNETH M. KARAS, United States District Judge:

On September 20, 2022, the Court granted Defendant's Motion to Dismiss the instant Action without prejudice. (Dkt. No. 33.) The Court granted Plaintiffs 30 days to file an amended complaint. (*Id.*) Plaintiffs have yet to file an amended complaint. (*See generally* Dkt.)

Accordingly, it is hereby:

ORDERED that Plaintiffs shall submit an amended complaint by no later than December 5, 2022, or this case may be dismissed with prejudice without further notice.

SO ORDERED.

DATED:     November 21, 2022
                White Plains, New York

                                                                                    _____
                                                                                    KENNETH M. KARAS
                                                                                    UNITED STATES DISTRICT JUDGE